IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE AUTO PROPERTY
& CASUALTY INSURANCE COMPANY                                PLAINTIFF

v.                          No. 4:12-cv-360-DPM

MIDDLEBROOKS ELECTRIC
SERVICE INC.; JANIE MUNS-LUTEN;
and MIKE LUTEN                                              DEFENDANTS

## JUDGMENT

State Auto's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2013